Alan Kaufman

175 High Pond Dr.

Jericho, NY 11753

516 941-8437

fishnow@msn.com



July 07, 2025

Clerk of Court

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Re: Alan Kaufman and Mitchell Reiver v. National Credit Union Administration Board
Case No.: 1:23-cv-01061

Dear Clerk of Court,

Enclosed for filing is my Notice of Appeal in the above-referenced matter. Please file this document in the record and forward the necessary documents to the United States Court of Appeals for the Second Circuit.

I am not requesting to proceed in forma pauperis and will pay the applicable filing and docketing fees.

Please date-stamp the enclosed copy and return it to me in the enclosed self-addressed stamped envelope for my records.

Thank you for your attention to this matter.

Sincerely,

Alan Kaufman
Pro Se Appellant

# NOTICE OF APPEAL

United States District Court for the Eastern District of New York

Civil Action No.: 1:23-cv-01061



Alan Kaufman and Mitchell Reiver
Plaintiff-Appellant

v.

National Credit Union Administration Board, as Liquidating Agent for Melrose Credit Union,
Defendant-Appellee

NOTICE IS HEREBY GIVEN that Alan Kaufman, the plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on June 13, 2025.

Dated: July 07, 2025

Respectfully submitted,

Signature: _____

Alan Kaufman
Pro Se Appellant

175 High Pond Dr.

Jericho, NY 11753

516 941-8437

[Email Address, if any]